716

No. 256. NELSON, CHAIRMAN OF THE STATE TAX COMMISSION, ET AL. *v.* MONTGOMERY WARD & CO., INC. March 17, 1941. *Ante,* p. 373.

No. 696. BEKINS ET AL., TRUSTEES, ET AL. *v.* LINDSAY-STRATHMORE IRRIGATION DISTRICT. March 17, 1941.

No. 698. JORDAN ET AL. *v.* PALO VERDE IRRIGATION DISTRICT. March 17, 1941.

No. 291. EQUITABLE LIFE INSURANCE Co. *v.* HALSEY, STUART & Co. See *ante,* p. 668.

No. 373. JUST ET AL. *v.* CHAMBERS, EXECUTRIX. See *ante,* p. 668.

No. —, original. EX PARTE CLEIO HULL. March 31, 1941. The motion for leave to file exhibits is granted. The petition for rehearing is denied.

No. 310. WOODS, COURT TRUSTEE, *v.* CITY NATIONAL BANK & TRUST CO. ET AL. March 31, 1941. Motion for leave to file petition for rehearing granted, and the petition for rehearing is denied.

No. 608. MITCHELL *v.* BOARD OF GOVERNORS OF WASHINGTON STATE BAR ASSOCIATION. March 31, 1941. The motion for leave to file a second petition for rehearing is denied.

No. 663. OBARTUCH *v.* SECURITY MUTUAL LIFE INSURANCE Co. March 31, 1941.

Nos. 672 and 673. H. B. NELSON CONSTRUCTION Co. *v.* UNITED STATES. March 31, 1941.